UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61797-CIV-ALTONAGA/O'SULLIVAN

BLAISE PICCHI and
BLAISE PICCHI PROFESSIONAL
ASSOCIATION,

      Plaintiffs,

v.

WORLD FINANCIAL NETWORK BANK and
ADS ALLIANCE DATA SYSTEMS, INC.,

      Defendants.
_____/

### ORDER AND NOTICE OF OUTCOME OF SETTLEMENT CONFERENCE

On April 27, 2015, the undersigned conducted a settlement conference. The parties reached a settlement in this matter. It is

ORDERED AND ADJUDGED that by **Tuesday, April 28, 2015 at 5:00 PM**, the plaintiffs shall provide to the defendants the executed settlement agreement. The final executed agreement shall be filed with the Court by **Tuesday, May 12, 2015**.

**DONE AND ORDERED** in Chambers at Miami, Florida this **27th** day of April, 2015.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Altonaga
All counsel of record